# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BOBBY E. WORTHAM, et al,                     )     Case No. 2:16-cv-02988-JCM-CWH
                                             )
       Plaintiffs,                           )
                                             )
       v.                                    )
                                             )
WESTERN MUTUAL INSURANCE                     )     **ORDER**
COMPANY,                                     )
                                             )
       Defendants.                           )
_____     )

Presently before the Court is Plaintiff's motion to amend scheduling order (ECF No. 19), filed on June 16, 2017.  Defendant filed a response (ECF No. 30) on June 30, 2017, and Plaintiff filed a reply (ECF No. 34) on July 7, 2017.

Plaintiff seeks a sixty day extension of the discovery deadline, currently set for July 25, 2017. Plaintiff's counsel cites a need to take time off to prepare for the California bar exam, and unavailability of other counsel familiar with the case to take over during his absence.  Defendant opposes the extension, arguing that Plaintiff has not fully participated in discovery up to this point in the case, and that it would be prejudiced by a delay.

Under Local Rule 26-4, a motion to extend a date set by a scheduling order must be supported by a showing of good cause for the extension.  Upon review, the Court finds good cause for a relatively short extension of sixty days in this case.  The Court finds no evidence of bad faith in Plaintiff's participation in discovery up to this point, and it appears that Plaintiff's counsel's need for a delay is genuine.  The Court does not find any evidence of undue prejudice that would accrue from an extension.

//

//

//

//

1

IT IS THEREFORE ORDERED that Plaintiff's motion to amend scheduling order (ECF No. 19) is GRANTED.  Discovery in this matters shall close on September 23, 2017.

DATED: July 10, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge