Michael N. Poli (Bar No. 005461)
mpoli@merlinlawgroup.com
MERLIN LAW GROUP, P.A.
403 Hill Street
Reno, Nevada 89501
Telephone (775) 229-8021
Facsimile (775) 315-9984

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY E. WORTHAM and SYLVIA E. WORTHAM, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN MUTUAL INSURANCE COMPANY, a California corporation,<br><br>Defendant. | Case No.: 2:16-cv-02988-JCM-CWH<br><br>**STIPULATION TO EXTEND PLAINTIFFS' RESPONSE DEADLINE RE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' CAUSE OF ACTION FOR NEGLIGENT MARKETING PURUSANT TO FED. R. CIV. P. 56(c)** |

The parties, by and through their respective counsel undersigned, hereby stipulate and agree that Plaintiffs shall have through and including **Monday, November 20, 2017**, to file and serve their response to Defendant's Motion for Partial Summary Judgment on Plaintiffs' Cause of Action for Negligent Marketing Pursuant to Fed. R. Civ. P. 56(c), filed with this Court on October 25, 2017.

STIPULATED AND AGREED TO this 15th day of November, 2017.

                              MERLIN LAW GROUP, P.A.

                              By */s/ Michael N. Poli*
                                  Michael N. Poli
                                  403 Hill Street
                                  Reno, Nevada 89501
                                  Attorneys for Plaintiffs

/ / /

/ / /

T1800786.DOCX;1

1 | ATKIN WINNER & SHERROD
2 |
3 | By */s/ Lara L. Miller (with permission)*
    Thomas E. Winner
4 | Lara L. Miller
    1117 South Rancho Drive
5 | Las Vegas, Nevada 89102
    Attorneys for Defendant Western
6 |   Mutual Insurance Company
7 |
8 | IT IS SO ORDERED:
9 | November 16, 2017
10 | DATE                         UNITED STATES DISTRICT JUDGE

T1800786.DOCX;1

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2017, I electronically transmitted **STIPULATION TO EXTEND PLAINTIFFS' RESPONSE DEADLINE RE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' CAUSE OF ACTION FOR NEGLIGENT MARKETING PURUSANT TO FED. R. CIV. P. 56(c)** to the Clerk of the Court for the United States District Court, District of Nevada using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and counsel of record:

      Thomas E. Winner (twinner@awslawyers.com)

      Lara L. Miller (lmiller@awslawyers.com)

                            */s/ Linda Lieber*
                          An Employee of Merlin Group, P.A.