THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
lmiller@awslawyers.com

*Attorneys for Western Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY E. WORTHAM and SYLIVA E. WORTHAM, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN MUTUAL INSURANCE COMPANY, a California corporation,<br><br>Defendant(s) | CASE NO.: 2:16-cv-02988-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Michael N. Poli, attorneys for the Plaintiffs, BOBBY E. WORTHAM AND SYLVIA E. WORTHAM, and Thomas E. Winner and Lara L. Miller, attorneys for Defendant, WESTERN MUTUAL INSURANCE COMPANY, that the Plaintiffs' Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 27th June day of May, 2018.

        ATKIN WINNER & SHERROD

        _____
        Thomas E. Winner
        Nevada Bar No. 5168
        Lara L. Miller
        Nevada Bar No. 12618
        1117 South Rancho Drive
        Las Vegas, Nevada 89102

        MERLIN LAW GROUP, P.A.

        _____
        Michael N. Poli
        Nevada Bar No. 5461
        2999 North 44th Street, Suite 520
        Phoenix, AZ 85018

        Attorney for Bobby E. Wortham, Sylvia E. Wortham

1041474.docx

<u>ORDER</u>

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiffs' Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED July 2, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Western Mutual Insurance Company

Case No.: 2:16-cv-02988-JCM-CWH